[No. 26584-2-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN EDWARD SICK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-01222-9, Daniel J. Berschauer, J., entered October 27, 2000. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 26608-3-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY WAYNE RUGG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00995-9, James D. Ladley, J., entered October 26, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 26980-5-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE D. BIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00826-8, Don L. McCulloch and James E. Warme, JJ., entered October 2, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Quinn-Brintnall, A.C.J., dissenting.

[No. 27097-8-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEGANDRO CARMEN GALAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00894-2, James E. Warme, J., entered March 6, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.